IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:26-cr-00185 |
| | ) | |
| | ) | JUDGE FRENSLEY |
| DANNY DEMOSS | ) | |
| a/k/a "Lil Memphis" | ) | |

**UNITED STATES' MOTION FOR DETENTION HEARING AND FOR DETENTION OF THE DEFENDANT**

COMES NOW the United States of America by Braden H. Boucek, United States Attorney, and Alex P. Bergida, First Assistant United States Attorney, and moves this Court for a detention hearing and for detention of the Defendant in this matter.

In this case, the defendant is charged with selling cocaine and fentanyl in violation of 18 U.S.C. § 841(a)(1). Federal law states that "the judicial officer *shall* hold a hearing to determine whether any conditions or combination of conditions…will reasonably assure…the safety of any other person and the community – upon motion of the attorney for the Government or upon the judicial officer's own motion in a case, that involves…an offense for which a maximum term of imprisonment of ten years or more is prescribed in the Controlled Substances Act…"18 U.S.C. § 3142(f)(1)(C).

Further, the United States submits that, pursuant to 18 U.S.C. § 3142(e)(3)(A), a rebuttable presumption exists that no condition or combination of conditions will reasonably assure the appearance of the person or the safety of the community because probable cause exists that the defendant committed an offense for which the maximum penalty is more than ten years pursuant to the Controlled Substances Act. The Government would rely on the presumption at the detention hearing.

On July 28, 2026, DeMoss sold 17 grams of fentanyl and 29 grams of cocaine to confidential informants working at the direction of ATF. Later that same day, in a separate transaction, DeMoss sold 73 grams of fentanyl to those same confidential informants.

DeMoss has prior felony convictions for Possession with Intent to Distribute Heroin, Possession of a Schedule VI Drug With Intent to Deliver, and Aggravated Assault. Specifically, he was convicted of Aggravated Assault in Lauderdale County Case 49CC1-2010-CR-3558. He also was convicted of Possession of a Schedule VI Drug With Intent to Deliver in Tipton County Case 84CC1-2011-CR-108, and sentenced to six years in prison. Finally, he was most recently convicted of Possession with Intent to Distribute Heroin in Case 2:13CR-20333-01 in the Western District of Tennessee where he was sentenced to 120 months in the Bureau of Prisons, followed by Three years of supervised release, which he appears to have just recently terminated.

With the presumption and the dangerous drugs trafficked in this case, United States submits that the evidence of dangerousness is strong. Based on these aforementioned facts that the United States intends to show at the hearing in this matter, the United States respectfully submits that "no condition or combination of conditions will reasonably assure the appearance of the person and the safety of any other person and the community." 18 U.S.C. § 3142(e)(1).

The United States respectfully requests a continuance of three business days in order to adequately prepare for the hearing in this matter.

Respectfully submitted,

BRADEN H. BOUCEK
United States Attorney

By:

*/s/ Alex P. Bergida*

Alex P. Bergida
Assistant United States Attorney
719 Church Street, Suite 3300
Nashville, Tennessee 37203
(615) 736-5151
Alex.bergida@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that the foregoing was filed with the United States District Court Clerk via CM/ECF, which will send a Notice of Filing to all attorneys of record, on August 20, 2026.

*/s/ Alex P. Bergida*

ALEX P. BERGIDA